MARK W. BLAKE, APPELLANT, v. CITY OF PLEASANT-VILLE AND THE RODNEY HOTEL COMPANY, RESPONDENTS.

Argued November 29, 1915—Decided June 19, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 426.

For the appellant, *Babcock & Champion.*

For the respondents, *Elwood C. Weeks.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, TERHUNE, HEPPENHEIMER, JJ. 8.

*For reversal*—BLACK, WILLIAMS, TAYLOR, JJ. 3.

---

MARK W. BLAKE, APPELLANT, v. CITY OF PLEASANT-VILLE AND THE RODNEY HOTEL COMPANY, RESPONDENTS.

Argued November 29, 1915—Decided June 19, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 426.

For the appellant, *Babcock & Champion*.

For the respondents, *Elwood C. Weeks*.